UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-20562-UNGARO/SIMONTON

TRACFONE WIRELESS, INC.,

Plaintiff,

v.

COMERCEL COMERCIALIZADORA
DE CELULARES, S.A. de C.V.,

Defendant.

### ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time to file the Joint Planning and Scheduling Report and to Continue the Planning and Scheduling Conference. (D.E. 9.)

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Plaintiff states that it has "commenced discussions with Defendant regarding a possible resolution of this action. These discussions have been very productive and, at the present time, Plaintiff reasonably believes that the parties will be able to amicably resolve the entire case within the next two weeks." While the Court encourages the parties to continue to work towards a resolution of the action, Plaintiff has failed to demonstrate good cause as to why the undersigned should continue the conference and grant a two-week extension for filing the Joint Planning and Scheduling Report. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 9) is DENIED IN PART. The Planning and Scheduling Report is due on or before April 6, 2011. The Planning and Scheduling Conference remains scheduled on April 15, 2011 at 11:00 a.m. **Plaintiff is advised that failure to comply with this Order will result in the dismissal of this case without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this 4th day of April, 2011.

2

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

Case 1:11-cv-20562-UU   Document 10   Entered on FLSD Docket 04/04/2011   Page 2 of 2

2