UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  11-20562-CV-UNGARO

TRACFONE WIRELESS, INC.,

    Plaintiff,

v.

COMERCEL COMERCIALIZADORA
DE CELULARES, S.A. de C.V.,
    Defendant.
                                       /

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal, filed April 6, 2011. (D.E. 12.)

    THE COURT has considered the Motion, the pertinent portions of the record, and the Settlement Agreement and is otherwise fully advised in the premises.  It hereby

    ORDERED AND ADJUDGED this caus is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees.

    DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2011.

                                                       */s/ Ursula Ungaro*
                                                       URSULA UNGARO
                                                       UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record